No. D–1039. IN RE DISBARMENT OF TOWNSEND. It is ordered that L. Wayne Townsend, of Richmond, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–711. PRESLEY v. ETOWAH COUNTY COMMISSION ET AL.; and

No. 90–712. MACK ET AL. v. RUSSELL COUNTY COMMISSION ET AL. D. C. M. D. Ala. [Probable jurisdiction noted, 500 U. S. 914.] Motion of NAACP Legal Defense and Educational Fund for leave to file a brief as *amicus curiae* granted. Motion of appellee Etowah County Commission for divided argument denied. Motion of appellee Russell County Commission for divided argument denied.

No. 90–1029. EASTMAN KODAK CO. v. IMAGE TECHNICAL SERVICES, INC., ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1216.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–1488. SUTER ET AL. v. ARTIST M. ET AL. C. A. 7th Cir. [Certiorari granted, 500 U. S. 915.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–6531. HUDSON v. MCMILLIAN ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–1205. UNITED STATES v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 90–6588. AYERS ET AL. v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motions of National Bar Association et al. and NAACP Legal Defense and Educational Fund et al. for leave to file briefs as *amici curiae* granted.